IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTON BEASLEY,<br>                Defendant. | CRIMINAL ACTION<br>NO. 20-361 |

## ORDER

**AND NOW**, this 14th day of September 2023, upon consideration of Defendant's Motion to Suppress [His] Statement (Doc. No. 70), the Government's Omnibus Response to Defendant's Pretrial Motions (Doc. No. 80), Defendant's Supplemental Memorandum of Law in Support of the Defendant's Motion to Suppress Statement (Doc. No. 97), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Suppress [His] Statement (Doc. No. 70) is **GRANTED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J